**DISMISS and Opinion Filed April 16, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01473-CV**

**PINNACLE PROPANE, LLC, Appellant**
**V.**
**MICHAEL KLEIN, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16057**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Before the Court is appellant's unopposed rule 42.1 motion to dismiss appeal based on

settlement. *See* TEX. R. APP. P. 42.1(a). We grant the motion and dismiss the appeal. *See id.*

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

181473F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

PINNACLE PROPANE, LLC, Appellant

No. 05-18-01473-CV          V.

MICHAEL KLEIN, Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-16057.
Opinion delivered by Chief Justice Burns.
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellee Michael Klein recover his costs, if any, of this appeal from appellant Pinnacle Propane, LLC.

Judgment entered April 16, 2019.